# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Lance Logan,                                            Civil No. 09-1123 (RHK/RLE)

            Plaintiff,                                     **ORDER**

v.

IC Systems, inc.,

            Defendant.

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. No. 18), **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: February 23, 2010                      s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge